UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-09399-RGK-AGR | Date | October 20, 2020 |
|---|---|---|---|
| Title | *Robert Warren Jackson et al v. Moshe Jacob et al* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                                   Attorneys Present for Defendants:

Not Present                                                                      Not Present

**Proceedings:**     **(IN CHAMBERS) Order to Show Cause**

The Court orders plaintiffs Robert Warren Jackson and Gregory Bauer ("Plaintiffs") to file a submission identifying all defendants who have been served with the summons and complaint, including the dates of service, by October 27, 2020. Plaintiffs are further ordered, upon service of the summons and complaint on any remaining unserved defendants, to file a proof of service within three (3) court days of such service.

**IT IS SO ORDERED.**

                                                                                                                  :
                                              Initials of Preparer                  jre